UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JAN 03 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEFENDERS OF WILDLIFE; et al.,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; DEBRA ANNE HAALAND, U.S. Secretary of the Interior,<br><br>    Defendants - Appellees,<br><br> and<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA; et al.,<br><br>    Intervenor-Defendants – Appellees,<br><br> v.<br><br>AMERICAN FARM BUREAU FEDERATION; et al.,<br><br>    Movants - Appellants,<br><br> and<br><br>AMERICAN FOREST RESOURCE COUNCIL; et al.,<br><br>    Movants. | No. 21-16382<br><br>D.C. No. 4:21-cv-00344-JSW<br>U.S. District Court for Northern California, Oakland<br><br>**ORDER**<br><br>**(DIAL-IN CONFERENCE)** |

| | |
|---|---|
| WILDEARTH GUARDIANS; et al., | No. 21-16383 |
| Plaintiffs - Appellees, | D.C. No. 4:21-cv-00349-JSW |
| v. | U.S. District Court for Northern California, Oakland |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants - Appellees, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA; et al., | |
| Intervenor-Defendants – Appellees, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants - Appellants, | |
| and | |
| AMERICAN FOREST RESOURCE COUNCIL; et al., | |
| Movants. | |

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | No. 21-16384 |
| Plaintiff - Appellee, | D.C. No. 4:21-cv-00561-JSW |
| v. | U.S. District Court for Northern California, Oakland |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants - Appellees, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA; et al., | |
| Intervenor-Defendants – Appellees, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants - Appellants, | |
| and | |
| AMERICAN FOREST RESOURCE COUNCIL; et al., | |
| Movants. | |

| | |
|---|---|
| DEFENDERS OF WILDLIFE; et al., | No. 22-15529 |
| Plaintiffs - Appellees, | |
| v. | D.C. No. 4:21-cv-00344-JSW |
| UNITED STATES FISH AND WILDLIFE SERVICE and DEB HAALAND, U.S. Secretary of the Interior, | U.S. District Court for Northern California, Oakland |
| Defendants, | |
| STATE OF UTAH, | |
| Intervenor-Defendant, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. and SAFARI CLUB INTERNATIONAL, | |
| Intervenor-Defendants – Appellants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ------------------------------------------------ | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

| | |
|---|---|
| DEFENDERS OF WILDLIFE; et al., | No. 22-15532 |
| Plaintiffs - Appellees, | |
| v. | D.C. No. 4:21-cv-00344-JSW |
| UNITED STATES FISH AND WILDLIFE SERVICE and DEB HAALAND, U.S. Secretary of the Interior, | U.S. District Court for Northern California, Oakland |
| Defendants, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. and SAFARI CLUB INTERNATIONAL, | |
| Intervenor-Defendants, | |
| and | |
| STATE OF UTAH, | |
| Intervenor-Defendant - Appellant, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ------------------------------------------------ | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

| | |
|---|---|
| WILDEARTH GUARDIANS; et al., | No. 22-15534 |
| Plaintiffs - Appellees, | |
| v. | D.C. No. 4:21-cv-00349-JSW |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | U.S. District Court for Northern California, Oakland |
| Defendants, | |
| STATE OF UTAH, | |
| Intervenor-Defendant, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. and SAFARI CLUB INTERNATIONAL, | |
| Intervenor-Defendants – Appellants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ------------------------------------------------ | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

| | |
|---|---|
| WILDEARTH GUARDIANS; et al., | No. 22-15535 |
| Plaintiffs - Appellees, | D.C. No. 4:21-cv-00349-JSW |
| v. | U.S. District Court for Northern California, Oakland |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. and SAFARI CLUB INTERNATIONAL, | |
| Intervenor-Defendants, | |
| and | |
| STATE OF UTAH, | |
| Intervenor-Defendant – Appellant, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ------------------------------------------------ | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | No. 22-15536 |
| Plaintiff - Appellee, | D.C. No. 4:21-cv-00561-JSW U.S. District Court for Northern California, Oakland |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants, | |
| STATE OF UTAH, | |
| Intervenor-Defendant, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. and SAFARI CLUB INTERNATIONAL, | |
| Intervenor-Defendants – Appellants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ------------------------------------------------- | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | No. 22-15537 |
| Plaintiff - Appellee, | D.C. No. 4:21-cv-00561-JSW |
| v. | U.S. District Court for Northern California, Oakland |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. and SAFARI CLUB INTERNATIONAL, | |
| Intervenor-Defendants, | |
| and | |
| STATE OF UTAH, | |
| Intervenor-Defendant – Appellant, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ------------------------------------------------ | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

| | |
|---|---|
| WILDEARTH GUARDIANS; et al., | No. 22-15626 |
| Plaintiffs - Appellees, | |
| v. | D.C. No. 4:21-cv-00349-JSW |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | U.S. District Court for Northern California, Oakland |
| Defendants - Appellants, | |
| and | |
| RED CLIFF BAND OF LAKE SUPERIOR CHIPPEWA INDIANS, | |
| Defendant, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; et al., | |
| Intervenor-Defendants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ---------------------------------- | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | No. 22-15627 |
| Plaintiff - Appellee, | D.C. No. 4:21-cv-00561-JSW |
| v. | U.S. District Court for Northern California, Oakland |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants - Appellants, | |
| and | |
| RED CLIFF BAND OF LAKE SUPERIOR CHIPPEWA INDIANS, | |
| Defendant, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; et al., | |
| Intervenor-Defendants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ------------------------------------------------ | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

| | |
|---|---|
| DEFENDERS OF WILDLIFE; et al., | No. 22-15628 |
| Plaintiffs - Appellees, | |
| v. | D.C. No. 4:21-cv-00344-JSW |
| UNITED STATES FISH AND WILDLIFE SERVICE and DEB HAALAND, U.S. Secretary of the Interior, | U.S. District Court for Northern California, Oakland |
| Defendants - Appellants, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; et al., | |
| Intervenor-Defendants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ------------------------------------------------ | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

A dial-in telephone conference will be held on January 4, 2024, at 10:00 a.m. **Pacific Time.**

Each participant will receive an email with dial-in information.

Please notify the Mediation Office at mediation@ca9.uscourts.gov if counsel does not receive an email or if additional participants should be added.

FOR THE COURT:

bls/mediation

Robert S. Kaiser
Circuit Mediator