UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 05 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEFENDERS OF WILDLIFE; et al.,<br><br>       Plaintiffs - Appellees,<br><br> v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; DEBRA ANNE HAALAND, U.S. Secretary of the Interior,<br><br>       Defendants - Appellees,<br><br> and<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA; et al.,<br><br>       Intervenor-Defendants – Appellees,<br><br> v.<br><br>AMERICAN FARM BUREAU FEDERATION; et al.,<br><br>       Movants - Appellants,<br> and<br><br>AMERICAN FOREST RESOURCE COUNCIL; et al.,<br><br>       Movants. | No. 21-16382<br><br>D.C. No. 4:21-cv-00344-JSW<br>U.S. District Court for Northern California, Oakland<br><br>**ORDER** |

| | |
|---|---|
| WILDEARTH GUARDIANS; et al., | No. 21-16383 |
| Plaintiffs - Appellees, | D.C. No. 4:21-cv-00349-JSW |
| v. | U.S. District Court for Northern California, Oakland |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants - Appellees, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA; et al., | |
| Intervenor-Defendants – Appellees, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants - Appellants, | |
| and | |
| AMERICAN FOREST RESOURCE COUNCIL; et al., | |
| Movants. | |

NATURAL RESOURCES DEFENSE COUNCIL, INC.,

       Plaintiff - Appellee,

 v.

 U.S. DEPARTMENT OF THE INTERIOR; et al.,

       Defendants - Appellees,

 and

NATIONAL RIFLE ASSOCIATION OF AMERICA; et al.,

       Intervenor-Defendants – Appellees,

 v.

AMERICAN FARM BUREAU FEDERATION; et al.,

       Movants - Appellants,

 and

AMERICAN FOREST RESOURCE COUNCIL; et al.,

       Movants.

No. 21-16384

D.C. No. 4:21-cv-00561-JSW
U.S. District Court for Northern California, Oakland

| | |
|---|---|
| DEFENDERS OF WILDLIFE; et al., | No. 22-15529 |
| Plaintiffs - Appellees, | |
| v. | D.C. No. 4:21-cv-00344-JSW |
| UNITED STATES FISH AND WILDLIFE SERVICE and DEB HAALAND, U.S. Secretary of the Interior, | U.S. District Court for Northern California, Oakland |
| Defendants, | |
| STATE OF UTAH, | |
| Intervenor-Defendant, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. and SAFARI CLUB INTERNATIONAL, | |
| Intervenor-Defendants – Appellants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ------------------------------------------------ | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

| | |
|---|---|
| DEFENDERS OF WILDLIFE; et al., | No. 22-15532 |
| Plaintiffs - Appellees, | |
| v. | D.C. No. 4:21-cv-00344-JSW |
| UNITED STATES FISH AND WILDLIFE SERVICE and DEB HAALAND, U.S. Secretary of the Interior, | U.S. District Court for Northern California, Oakland |
| Defendants, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. and SAFARI CLUB INTERNATIONAL, | |
| Intervenor-Defendants, | |
| and | |
| STATE OF UTAH, | |
| Intervenor-Defendant – Appellant, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ------------------------------------------------ | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

| | |
|---|---|
| WILDEARTH GUARDIANS; et al., | No. 22-15534 |
| Plaintiffs - Appellees, | D.C. No. 4:21-cv-00349-JSW |
| v. | U.S. District Court for Northern California, Oakland |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants, | |
| STATE OF UTAH, | |
| Intervenor-Defendant, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. and SAFARI CLUB INTERNATIONAL, | |
| Intervenor-Defendants – Appellants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ------------------------------------------------ | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

| | |
|---|---|
| WILDEARTH GUARDIANS; et al., | No. 22-15535 |
| Plaintiffs - Appellees, | |
| v. | D.C. No. 4:21-cv-00349-JSW |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | U.S. District Court for Northern California, Oakland |
| Defendants, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. and SAFARI CLUB INTERNATIONAL, | |
| Intervenor-Defendants, | |
| and | |
| STATE OF UTAH, | |
| Intervenor-Defendant – Appellant, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ------------------------------------------------ | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | No. 22-15536 |
| Plaintiff - Appellee, | D.C. No. 4:21-cv-00561-JSW U.S. District Court for Northern California, Oakland |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants, | |
| STATE OF UTAH, | |
| Intervenor-Defendant, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. and SAFARI CLUB INTERNATIONAL, | |
| Intervenor-Defendants – Appellants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ------------------------------------------------ | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | No. 22-15537 |
| Plaintiff - Appellee, | D.C. No. 4:21-cv-00561-JSW |
| v. | U.S. District Court for Northern California, Oakland |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. and SAFARI CLUB INTERNATIONAL, | |
| Intervenor-Defendants, | |
| and | |
| STATE OF UTAH, | |
| Intervenor-Defendant – Appellant, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| -------------------------------------------------- | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

| | |
|---|---|
| WILDEARTH GUARDIANS; et al., | No. 22-15626 |
| Plaintiffs - Appellees, | D.C. No. 4:21-cv-00349-JSW |
| v. | U.S. District Court for Northern California, Oakland |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants - Appellants, | |
| and | |
| RED CLIFF BAND OF LAKE SUPERIOR CHIPPEWA INDIANS, | |
| Defendant, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; et al., | |
| Intervenor-Defendants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ------------------------------------------------ | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | No. 22-15627 |
| Plaintiff - Appellee, | D.C. No. 4:21-cv-00561-JSW |
| v. | U.S. District Court for Northern California, Oakland |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants - Appellants, | |
| and | |
| RED CLIFF BAND OF LAKE SUPERIOR CHIPPEWA INDIANS, | |
| Defendant, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; et al., | |
| Intervenor-Defendants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ------------------------------ | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

| | |
|---|---|
| DEFENDERS OF WILDLIFE; et al., | No. 22-15628 |
| Plaintiffs - Appellees, | |
| v. | D.C. No. 4:21-cv-00344-JSW |
| UNITED STATES FISH AND WILDLIFE SERVICE and DEB HAALAND, U.S. Secretary of the Interior, | U.S. District Court for Northern California, Oakland |
| Defendants - Appellants, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; et al., | |
| Intervenor-Defendants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ------------------------------------------------ | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

The dial-in telephone conference scheduled for January 16, 2024, is canceled.

On or before January 18, 2024, counsel for each party shall provide a separate, confidential email report to the Circuit Mediator

(Robert_Kaiser@ca9.uscourts.gov). Counsel are requested to include the Ninth Circuit case name and number in the subject line. The status report should not be filed with the court.

FOR THE COURT:

bls/mediation

Robert S. Kaiser
Circuit Mediator