UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 31 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEFENDERS OF WILDLIFE; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE; DEBRA ANNE HAALAND, U.S. Secretary of the Interior, <br><br> Defendants - Appellees, <br><br> and <br><br> NATIONAL RIFLE ASSOCIATION OF AMERICA; et al., <br><br> Intervenor-Defendants – Appellees, <br><br> v. <br><br> AMERICAN FARM BUREAU FEDERATION; et al., <br><br> Movants - Appellants, <br><br> and <br><br> AMERICAN FOREST RESOURCE COUNCIL; et al., <br><br> Movants. | No. 21-16382 <br><br> D.C. No. 4:21-cv-00344-JSW <br> U.S. District Court for Northern California, Oakland <br><br> **ORDER** |

| | |
|---|---|
| WILDEARTH GUARDIANS; et al., | No. 21-16383 |
| Plaintiffs - Appellees, | |
| v. | D.C. No. 4:21-cv-00349-JSW |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | U.S. District Court for Northern California, Oakland |
| Defendants - Appellees, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA; et al., | |
| Intervenor-Defendants – Appellees, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants - Appellants, | |
| and | |
| AMERICAN FOREST RESOURCE COUNCIL; et al., | |
| Movants. | |

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | No. 21-16384 |
| Plaintiff - Appellee, | D.C. No. 4:21-cv-00561-JSW |
| v. | U.S. District Court for Northern California, Oakland |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants - Appellees, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA; et al., | |
| Intervenor-Defendants – Appellees, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants - Appellants, | |
| and | |
| AMERICAN FOREST RESOURCE COUNCIL; et al., | |
| Movants. | |

| | |
|---|---|
| DEFENDERS OF WILDLIFE; et al., | No. 22-15529 |
| Plaintiffs - Appellees, | |
| v. | D.C. No. 4:21-cv-00344-JSW |
| UNITED STATES FISH AND WILDLIFE SERVICE and DEB HAALAND, U.S. Secretary of the Interior, | U.S. District Court for Northern California, Oakland |
| Defendants, | |
| STATE OF UTAH, | |
| Intervenor-Defendant, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. and SAFARI CLUB INTERNATIONAL, | |
| Intervenor-Defendants – Appellants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ------------------------------------------------ | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

| | |
|---|---|
| DEFENDERS OF WILDLIFE; et al., | No. 22-15532 |
| Plaintiffs - Appellees, | |
| v. | D.C. No. 4:21-cv-00344-JSW |
| UNITED STATES FISH AND WILDLIFE SERVICE and DEB HAALAND, U.S. Secretary of the Interior, | U.S. District Court for Northern California, Oakland |
| Defendants, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. and SAFARI CLUB INTERNATIONAL, | |
| Intervenor-Defendants, | |
| and | |
| STATE OF UTAH, | |
| Intervenor-Defendant – Appellant, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ------------------------------------------------ | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

| | |
|---|---|
| WILDEARTH GUARDIANS; et al., | No. 22-15534 |
|     Plaintiffs - Appellees, | |
| v. | D.C. No. 4:21-cv-00349-JSW |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | U.S. District Court for Northern California, Oakland |
|     Defendants, | |
| STATE OF UTAH, | |
|     Intervenor-Defendant, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. and SAFARI CLUB INTERNATIONAL, | |
|     Intervenor-Defendants – Appellants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
|     Movants, | |
| -------------------------------------------------- | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
|     Intervenors - Pending. | |

| | |
|---|---|
| WILDEARTH GUARDIANS; et al., | No. 22-15535 |
| Plaintiffs - Appellees, | D.C. No. 4:21-cv-00349-JSW |
| v. | U.S. District Court for Northern California, Oakland |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. and SAFARI CLUB INTERNATIONAL, | |
| Intervenor-Defendants, | |
| and | |
| STATE OF UTAH, | |
| Intervenor-Defendant – Appellant, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ------------------------------------------------ | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | No. 22-15536 |
| Plaintiff - Appellee, | D.C. No. 4:21-cv-00561-JSW U.S. District Court for Northern California, Oakland |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants, | |
| STATE OF UTAH, | |
| Intervenor-Defendant, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. and SAFARI CLUB INTERNATIONAL, | |
| Intervenor-Defendants – Appellants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ------------------------------------------------ | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | No. 22-15537 |
| Plaintiff - Appellee, | D.C. No. 4:21-cv-00561-JSW |
| v. | U.S. District Court for Northern California, Oakland |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. and SAFARI CLUB INTERNATIONAL, | |
| Intervenor-Defendants, | |
| and | |
| STATE OF UTAH, | |
| Intervenor-Defendant – Appellant, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ------------------------------------------------ | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

| | |
|---|---|
| WILDEARTH GUARDIANS; et al., | No. 22-15626 |
| Plaintiffs - Appellees, | |
| v. | D.C. No. 4:21-cv-00349-JSW |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | U.S. District Court for Northern California, Oakland |
| Defendants - Appellants, | |
| and | |
| RED CLIFF BAND OF LAKE SUPERIOR CHIPPEWA INDIANS, | |
| Defendant, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; et al., | |
| Intervenor-Defendants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ------------------------------------------------ | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | No. 22-15627 |
| Plaintiff - Appellee, | D.C. No. 4:21-cv-00561-JSW |
| v. | U.S. District Court for Northern California, Oakland |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants - Appellants, | |
| and | |
| RED CLIFF BAND OF LAKE SUPERIOR CHIPPEWA INDIANS, | |
| Defendant, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; et al., | |
| Intervenor-Defendants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ------------------------------------------------- | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

| | |
|---|---|
| DEFENDERS OF WILDLIFE; et al., | No. 22-15628 |
| Plaintiffs - Appellees, | |
| v. | D.C. No. 4:21-cv-00344-JSW |
| UNITED STATES FISH AND WILDLIFE SERVICE and DEB HAALAND, U.S. Secretary of the Interior, | U.S. District Court for Northern California, Oakland |
| Defendants - Appellants, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; et al., | |
| Intervenor-Defendants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| ------------------------------------------------ | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors - Pending. | |

The administrative closure period is extended until February 16, 2024. At any time before that date, any party may request that this appeal be reopened.

FOR THE COURT:

bls/mediation

Robert S. Kaiser
Circuit Mediator