|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 11 2024 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| DEFENDERS OF WILDLIFE; et al.,<br><br>         Plaintiffs-Appellees,<br><br> v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; DEBRA ANNE HAALAND, U.S. Secretary of the Interior,<br><br>         Defendants-Appellees,<br><br> and<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA; et al.,<br><br>         Intervenor-Defendants-Appellees,<br><br> v.<br><br>AMERICAN FARM BUREAU FEDERATION; et al.,<br><br>         Movants-Appellants,<br><br> and<br><br>AMERICAN FOREST RESOURCE COUNCIL; et al.,<br><br>         Movants. | No. 21-16382<br><br>D.C. No. 4:21-cv-00344-JSW<br>Northern District of California, Oakland<br><br>ORDER |

| | |
|---|---|
| WILDEARTH GUARDIANS; et al., | No. 21-16383 |
| Plaintiffs-Appellees, | D.C. No. 4:21-cv-00349-JSW<br>Northern District of California, Oakland |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants-Appellees, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA; et al., | |
| Intervenor-Defendants-Appellees, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants-Appellants, | |
| and | |
| AMERICAN FOREST RESOURCE COUNCIL; et al., | |
| Movants. | |

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiff-Appellee, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR; et al., <br><br> Defendants-Appellees, <br><br> and <br><br> NATIONAL RIFLE ASSOCIATION OF AMERICA; et al., <br><br> Intervenor-Defendants-Appellees, <br><br> v. <br><br> AMERICAN FARM BUREAU FEDERATION; et al., <br><br> Movants-Appellants, <br><br> and <br><br> AMERICAN FOREST RESOURCE COUNCIL; et al., <br><br> Movants. | No. 21-16384 <br><br> D.C. No. 4:21-cv-00561-JSW <br> Northern District of California, Oakland |

| | |
|---|---|
| DEFENDERS OF WILDLIFE; et al., | No. 22-15529 |
| Plaintiffs-Appellees, | D.C. No. 4:21-cv-00344-JSW Northern District of California, Oakland |
| v. | |
| UNITED STATES FISH AND WILDLIFE SERVICE; DEB HAALAND, U.S. Secretary of the Interior, | |
| Defendants, | |
| STATE OF UTAH, | |
| Intervenor-Defendant, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; SAFARI CLUB INTERNATIONAL, | |
| Intervenor-Defendants-Appellants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors-Pending. | |

4

21-16382

| | |
|---|---|
| DEFENDERS OF WILDLIFE; et al., | No.  22-15532 |
| Plaintiffs-Appellees, | D.C. No. 4:21-cv-00344-JSW |
| v. | Northern District of California, Oakland |
| UNITED STATES FISH AND WILDLIFE SERVICE; DEB HAALAND, U.S. Secretary of the Interior, | |
| Defendants, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; SAFARI CLUB INTERNATIONAL, | |
| Intervenor-Defendants, | |
| and | |
| STATE OF UTAH, | |
| Intervenor-Defendant-Appellant, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors-Pending. | |

5

21-16382

| | |
|---|---|
| WILDEARTH GUARDIANS; et al., | No. 22-15534 |
| Plaintiffs-Appellees, | D.C. No. 4:21-cv-00349-JSW<br>Northern District of California, Oakland |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants, | |
| STATE OF UTAH, | |
| Intervenor-Defendant, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; SAFARI CLUB INTERNATIONAL, | |
| Intervenor-Defendants-Appellants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors-Pending. | |

| | |
|---|---|
| WILDEARTH GUARDIANS; et al., | No. 22-15535 |
| Plaintiffs-Appellees, | D.C. No. 4:21-cv-00349-JSW<br>Northern District of California,<br>Oakland |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; SAFARI CLUB INTERNATIONAL, | |
| Intervenor-Defendants, | |
| and | |
| STATE OF UTAH, | |
| Intervenor-Defendant-Appellant, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors-Pending. | |

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | No. 22-15536 |
| Plaintiff-Appellee, | D.C. No. 4:21-cv-00561-JSW Northern District of California, Oakland |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants, | |
| STATE OF UTAH, | |
| Intervenor-Defendant, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; SAFARI CLUB INTERNATIONAL, | |
| Intervenor-Defendants-Appellants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors-Pending. | |

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br>       Plaintiff-Appellee, <br><br> v. <br><br>U.S. DEPARTMENT OF THE INTERIOR; et al., <br><br>       Defendants, <br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; SAFARI CLUB INTERNATIONAL, <br><br>       Intervenor-Defendants, <br><br> and <br><br>STATE OF UTAH, <br><br>       Intervenor-Defendant-Appellant, <br><br> v. <br><br>AMERICAN FARM BUREAU FEDERATION; et al., <br><br>       Movants, <br>_____ <br> AMERICAN FARM BUREAU FEDERATION; et al., <br><br>       Intervenors-Pending. | No.   22-15537 <br><br>D.C. No. 4:21-cv-00561-JSW <br>Northern District of California, Oakland |

| | |
|---|---|
| WILDEARTH GUARDIANS; et al., | No. 22-15626 |
| Plaintiffs-Appellees, | D.C. No. 4:21-cv-00349-JSW<br>Northern District of California,<br>Oakland |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants-Appellants, | |
| and | |
| RED CLIFF BAND OF LAKE SUPERIOR CHIPPEWA INDIANS, | |
| Defendant, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; et al., | |
| Intervenor-Defendants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors-Pending. | |

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | No. 22-15627 |
| Plaintiff-Appellee, | D.C. No. 4:21-cv-00561-JSW Northern District of California, Oakland |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants-Appellants, | |
| and | |
| RED CLIFF BAND OF LAKE SUPERIOR CHIPPEWA INDIANS, | |
| Defendant, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; et al., | |
| Intervenor-Defendants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants, | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenors-Pending. | |

| | |
|---|---|
| DEFENDERS OF WILDLIFE; et al., | No. 22-15628 |
|         Plaintiffs-Appellees, | D.C. No. 4:21-cv-00344-JSW<br>Northern District of California,<br>Oakland |
| v. | |
| UNITED STATES FISH AND WILDLIFE SERVICE; DEB HAALAND, U.S. Secretary of the Interior, | |
|         Defendants-Appellants, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; et al., | |
|         Intervenor-Defendants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
|         Movants, | |
| _____ | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
|         Intervenors-Pending. | |

These appeals were administratively closed. The appeals are reopened.

                                FOR THE COURT:

                                By: Robert Kaiser
                                Circuit Mediator